Delmar Wilson, as Administrator of the Estate of Gary Wilson, Deceased, Plaintiff-Appellant, v. Wilson Hampton, Defendant-Appellee.

Gen. No. 63-O-6.

Fourth District.
November 19, 1963.

Elmer Jenkins, of Benton, and Charles A. Williams, of Paducah, Kentucky, for appellant; John E. Jacobson, and Craig & Craig, all of Mt. Vernon, for appellee. Opinion by JUDGE SCHEINEMAN. Not to be published in full.